UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

IN RE:                                          Case No. 18-10341-KKS
Brian Malcolm Elsmore and            Chapter 7
Mercedes Elsmore,

_____Debtors._____/

## CONSENT MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### (RE: 4025 NORTHWEST 35TH STREET, GAINESVILLE, FL 32605)

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).**

**If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Lindsey Savastano, c/o Shapiro, Fishman & Gaché, LLP, 2424 North Federal Highway, Ste 360 Boca Raton, Florida 33431, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

18-311843

COMES NOW Secured Creditor, U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-7N, by and through its undersigned attorneys, moves the Court for an Order granting relief from the automatic stay pursuant to 11 USC 362(d)(1) and 11 USC 362(d)(2)(A) and, in support thereof, would show:

1.      This is a Motion pursuant to Bankruptcy Rule 4001(a) for Relief from the automatic stay provisions of Section 362(a) of the Bankruptcy Code.

2.      Debtors filed this case on December 20, 2018.

3.      U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-7N, is a secured creditor by virtue of a promissory Note, Mortgage, and Assignment of Mortgage, which are attached to this Motion as **Exhibit "A"**. Said real property has the following legal description:

> LOT 25 OF REPLAT OF LOTS 1-5,7,8,19-36, AND 39-43 OF SABLE CHASE CLUSTER SUBDIVISION PHASE I, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK P, PAGE(S) 97, OF THE PUBLIC RECORDS OF ALACHUA COUNTY, FLORIDA.

The common address is: 4025 Northwest 35th Street, Gainesville, FL 32605 (the "Property").

4.      The Property has not been claimed by Debtors and has not been abandoned by the Trustee.

18-311843

5.      The approximate value of debt due is $204,844.69.  See **Exhibit "B" - a**ffidavit of indebtedness.

6.      The payments due pursuant to the aforementioned Note and Mortgage have been in default, and remain in default, since November 1, 2017.  See **Exhibit "C" -** payment history.

7.      Debtors have failed to adequately protect the interest of Secured Creditor, U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-7N.

8.      The Alachua County Property Appraiser's internet website property records for the Property reflects a just value of $198,700.00 for 2018[1].  See **Exhibit "D"** – property search results.

9.      There is no equity in the Property.

10.     Secured Creditor, U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-7N, is prohibited from proceeding with foreclosure in the State Court because of the pendency of this bankruptcy action and, that in the absence of the Court's Order allowing Secured Creditor to proceed with the foreclosure action, its security interest will be significantly jeopardized.

---

property appraisers website 198700 last visited on January 9, 2019.

18-311843

WHEREFORE, Secured Creditor, U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-7N, moves this Honorable Court for an Order granting relief from the automatic stay.


| /s/ Theresa M. Bender | /s/ Lindsey Savastano |
|---|---|
| Theresa M. Bender | Lindsey Savastano |
| FL Bar # 0749486 | FL Bar # 57079 |
| Theresa M. Bender, P.A. | Shapiro, Fishman & Gaché, LLP |
| Chapter 7 Trustee | Attorney for Secured Creditor |
| P.O. Box 14557 | 2424 North Federal Highway, Suite 360 |
| Tallahassee, FL 32317 | Boca Raton, Florida 33431 |
| Telephone 850-205-7777 | Telephone: 561-542-7621 |
| E-mail: tmbenderch7@yahoo.com | E-mail: Lsavastano@LOGS.com |

18-311843

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via CM/ECF electronic filing or via first class U.S. Mail to the following on this 11th day of February, 2019.

Brian Malcolm Elsmore, 3710 Cottage Drive, Colorado Springs, CO 80928
Mercedes Elsmore, 4306 SW 69th Terrace, Gainesville, FL 32608
Barbara A Cusumano, 2727 NW 43rd Street, Suite 2A, Gainesville, FL 32606
Theresa M. Bender, P.O. Box 14557, Tallahassee, FL 32317
United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301

/s/ Lindsey Savastano
Lindsey Savastano
FL Bar # 57079
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
2424 North Federal Highway
Suite 360
Boca Raton, Florida 33431
Telephone: 561-542-7621
Fax: (561) 998-6707
E-mail: Lsavastano@LOGS.com

18-311843