UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:

BRIAN MALCOLM ELSMORE and
MERCEDES ELSMORE,
        Debtors.
_____/

Case No. 18-10341-KKS

Chapter 7

**ORDER APPROVING THE CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY MCCOY ANDERSON, A MEMBER OF GATOR HOMES REALTY, AND APPROVE LISTING AGREEMENT FOR SALE OF REAL PROPERTY (Doc. 33)**

THIS MATTER came before this Court upon the Trustee's Application for Authority to Employ McCoy Anderson, A Member of Gator Homes Realty, and Approve Listing Agreement for Sale of Real Property (Doc. 33) (the "Application"), with no hearing necessary, and the Court being otherwise advised, it is

**ORDERED** that the Trustee's Application to Employ McCoy Anderson of Gator Homes, is APPROVED; Trustee shall present the Application for Approval of Sale which shall include a final closing settlement statement subject to this Court's approval.

DONE and ORDERED on __May 15, 2019__.

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Trustee is directed to serve a copy of this order on interested parties and file a proof of service within (3) days of entry of this Order.

Copies provided to:    Debtors
                             Debtors Counsel
                             UST
                             Parties in Interest

Order prepared by Theresa M. Bender, Chapter 7 Trustee