UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In Re:

BRIAN MALCOLM ELSMORE and
MERCEDES ELSMORE,
        Debtors.
_____/

Case No. 18-10341-KKS

Chapter 7

**ORDER APPROVING THE CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327 (Doc. 35)**

THIS MATTER came before this Court upon the Trustee's *Application to Retain BK Global Real Estate Services to Procure Consented Public Sale Pursuant to 11 U.S.C. § 327* (Doc. 35) ("Application"), with no hearing necessary, and the Court being otherwise fully advised, it is

**ORDERED**:

Trustee's Application to Employ BK Global Real Estate Services is APPROVED; the Trustee shall present to the Court a final closing settlement statement which shall include all fees and expenses for final approval by this Court.

DONE and ORDERED on May 15, 2019.

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Trustee is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

Copies provided to:
Debtors
Debtors' Counsel
UST
Parties in Interest

Order prepared by: Theresa M Bender