UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian Elsmore | ) | Case # 18-10341 |
| Mercedes Elsmore | ) | Chapter 7 |
| | ) | |
| _____ Debtors _____ | ) | |

**STATEMENT OF NEED FOR AN EXPEDITED HEARING
FOR ENTRY OF AN ORDER GRANTING *CONSENT* CHAPTER 7 TRUSTEE'S
MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND
CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11
U.S.C. § 363(b), (f), AND (m), (II) SURCHARGE AGREEMENT BETWEEN SECURED
LENDER AND THE ESTATE AND (III ) OTHER RELIEF (Doc. )**
*(WITH CONSENT OF SECURED LENDER)*

**COMES NOW**, THERESA M. BENDER, Chapter 7 Trustee, and files this Statement of

Need for Expedited Hearing on the referenced Consent Motion and states:

1.  On 12/20/18, Debtors  filed for relief under Chapter 7 of the Bankruptcy Code, and the

meeting of creditors  was held 2/13/19.

2.   The estate includes  real property, formerly Debtors' homestead, which was not

exempt.

3.  On or about 3/25/19, BK Global reached out to the Trustee to advise her they were

working with the Secured Creditor/ Mortgage Lender on Debtors' former homestead and

requested the Trustee preserve her interest in the real property for the Estate.   A BPO was

delivered to the Trustee on or about 4/5/19. This Court approved BK Global and a local real

1

estate agent to represent the Trustee in the marketing and sale of the real property.

4. BK Global secured an offer on the real property and the secured lender, mr. Cooper has consented to the sale and agreed to a carve out of $10,125.00 to the Bankruptcy Estate.

5. The secured lender has conditioned the consent on the sale closing on or before noon on 11/1/19.  Failure to close prior to that date rescinds the consent, and the Estate will lose the agreed carve out of $10,125.00.

6.      The sale of this real property is the only viable asset of the Estate. Should this sale fail, there will be no funds to pay the unsecured creditors. As of this date, a total value of $218,676.47 in unsecured claims has been filed. While the distribution percentage may be low, without the carve out, the unsecured creditors receive $0.00.

7.      The Trustee does not believe a hearing is required on the Motion. The Secured Creditor has given its written consent and Fidelity National Title Insurance Company has prepared a title commitment.

**WHEREFORE**, Theresa M. Bender, Trustee, respectfully prays that this Court to consider the Expedited Motion for Entry of an Operating order: and grant any other and further relief that the Court may deem just and proper.

**RESPECTFULLY SUBMITTED** this October 8, 2019.


/s/  *Theresa M. Bender*
Theresa M. Bender
Chapter 7 Trustee
FL Bar #0749486
Theresa M. Bender, P.A.

2

Post Office Box 14557
Tallahassee, FL 32317
Telephone: (850) 205-7777
Tmbenderch7@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished via first-class United States Mail, postage prepaid, or via electronic mail this 8 day of October, 2019 to:

By U.S. Mail/ECF

Brian Elsmore & Mercedes Elsmore, - 4025 NORTHWEST 35TH STREET, GAINESVILLE, FL 32605;

Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019

Barbara A. Cusumano on behalf of Debtor Brian Malcolm Elsmore
Barbara@BarbaraDebtLaw.com, BarbaraDebtLaw.CaseManager@gmail.com

Barbara A. Cusumano on behalf of Joint Debtor Mercedes Elsmore
Barbara@BarbaraDebtLaw.com, BarbaraDebtLaw.CaseManager@gmail.com

Elizabeth Eckhart on behalf of Creditor U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-7N
eeckhart@logs.com, electronicbankruptcynotices@logs.com
MCCOY ANDERSON, GATOR HOMES, 21727 SE 69TH AVE, HAWTHORNE, FL. 32640

PATRICK BUTLER, PBUTLER@BKGINC.COM

United States Trustee,  USTPRegion21.TL.ECF@usdoj.gov


                                        /s/ *Theresa M. Bender*_____