UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian Elsmore | ) | Case No: 18-10341 |
| Mercedes Elsmore | ) | Chapter 7 |
| | ) | |
| Debtors | ) | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SHORTEN NOTICE AND OBJECTION PERIOD FOR TRUSTEE TO SELL <u>PROPERTY OF THE ESTATE</u> (DOC. 46)**

THIS CAUSE having come before the Court on Chapter 7 Trustee's Motion to Shorten Notice and Objection Period for Trustee to Sell Property of the Estate (Doc. 46), This court having considered the motion and noting that no hearing is necessary, it is

ORDERED AND ADJUDGED as follows:

1. Trustee's motion is GRANTED.

2. Any and all objections to the notice of intent to sell must be filed no later than 7 days from the date of service of the Notice of Intent to Sell.

DONE AND ORDERD on this __16th__ day of __October__ 20__19__.

_____
KAREN K. SPECIE
United States Bankruptcy Judge

Order prepared by Theresa M. Bender
Trustee is directed to serve a copy of this order on interested parties and file a proof of service within (3) days of entry of the order.

Copies provided to:
Debtors
Debtors Counsel
UST
Parties in Interest