UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:  ELSMORE, BRIAN MALCOLM<br>ELSMORE, MERCEDES AKA BUENROSTRO, MERCEDES | CASE NO: 18-10341<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 10/18/2019, I did cause a copy of the following documents, described below,

ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR

ORDER ON MOTION TO SHORTEN TIME

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/18/2019

/s/ Theresa M. Bender
Theresa M. Bender  0749486
THERESA M. BENDER, TRUSTEE
PO BOX 14557
TALLAHASSEE, FL  32317
850 205 7777

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:  ELSMORE, BRIAN MALCOLM<br>ELSMORE, MERCEDES AKA BUENROSTRO, MERCEDES | CASE NO: 18-10341<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 7 |

On 10/18/2019, a copy of the following documents, described below,

ORDER GRANTING TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR

ORDER ON MOTION TO SHORTEN TIME

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/18/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Theresa M. Bender
THERESA M. BENDER, TRUSTEE
PO BOX 14557
TALLAHASSEE, FL  32317

PARTIES DESIGNATED AS "EXCLUDE FROM SERVICE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>11291<br>CASE 18-10341-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>GAINESVILLE<br>FRI OCT 18 13-25-20 EDT 2019 | AMERIS BANK<br>THE LILES FIRM PA<br>301 WEST BAY STREET SUITE 1030<br>JACKSONVILLE FL 32202-5103 | BK GLOBAL REAL ESTATE SERVICES<br>1095 BROKEN SOUND PARKWAY SUITE 200<br>BOCA RATON FL 33487-3503 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | US BANK NATIONAL ASSOCIATION AS TRUSTEE F<br>CO LINDSEY SAVASTANO<br>SHAPIRO FISHMAN  GACHE LLP<br>2424 NORTH FEDERAL HIGHWAY SUITE 360<br>BOCA RATON FL 33431-7701 | AMERIS BANK<br>CO ROBERT B GEORGE ESQ<br>THE LILES FIRM PA<br>301 WEST BAY STREET SUITE 1030<br>JACKSONVILLE FL 32202-5103 |
| US BANK NATIONAL ASSOCIATION<br>CO LINDSEY SAVASTANO<br>SHAPIRO FISHMAN  GACHE LLP<br>2424 NORTH FEDERAL HIGHWAY SUITE 360<br>BOCA RATON FL 33431-7701 | ALLFAST<br>3005 SW WILLINGTON RAOD<br>GAINESVILLE FL 32608-3928 | ALLIED BUILDING PRODUCTS CORP<br>15 E UNION AVENUE<br>EAST RUTHERFORD NJ 07073-2127 |
| ALLIED BUILDING SUPPLY CORP<br>CO WILLILAM LINDEMAN ESQ<br>PO BOX 3506<br>ORLANDO FL 32802-3506 | ALLSTATE INSURANCE<br>CREDIT COLLECITONS SERVICE<br>725 CANTON STREET<br>NORWOOD MA 02062-2679 | ALTERNATIVE COLLECTIONS LLC<br>65 LAWRENCE BELL DRIVE<br>BUFFALO NY 14221-7182 |
| AMERIS BANK<br>225 SOUTH MAIN ST<br>MOULTRIE GA 31768-4576 | ANGIES LIST<br>1030 E WASHINGTON STREET<br>INDIANAPOLIS IN 46202-3953 | ARDELIA CHARLSTON<br>5007 MAGNOLIA VALLEY DRIVE<br>JACKSONVILLE FL 32210-4896 |
| ARIELA GRODENS<br>7120 NE 19TH AVENUE<br>GAINESVILLE FL 32641-2787 | ASPIREEMERGE<br>ATTN BANKRUPTCY<br>PO BOX 105555<br>ATLANTA GA 30348-5555 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| BANK OF AMERICA MERCHANT<br>14141 SW FREEWAY<br>SUGAR LAND TX 77478-3493 | BEACON SALES ACQUISITION INC<br>DBA ALLIED BUILDING PRODUCTS<br>CO NANCY GANNON<br>15 EAST UNION AVE<br>EAST RUTHERFORD NJ 07073-2127 | BRIAN VAN ALLEN<br>CO JONES LAW FIRM<br>10752 DEERWOOD PK STE 100<br>JACKSONVILLE FL 32256-4846 |
| CAN CAPITAL<br>2015 VAUGH ROAD SUITE 500<br>KENNESAW GA 30144-7831 | CSH PROPERTY ONE LLC<br>INVITATION HOMES<br>8665 EAST HARTFORD AVE  SUITE 200<br>SCOTTSDALE AZ 85255-7807 | CAPITAL ONE<br>PO BOX 30285<br>DALLAS ME 04113 |
| CAPITAL ONE<br>PO BOX 619094<br>DALLAS ME 04113 | CAVALRY PORTFOLIO SERVICES<br>ATTN BANKRUPTCY DEPARTMENT<br>500 SUMMIT LAKE STE 400<br>VALHALLA NY 10595-2322 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-2321 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 18-10341-KKS    Doc 54    Filed 10/18/19    Page 4 of 7

```
CHARITEE GEROW                          CHOICE RECOVERY INC                     CITY ELECTRIC
4872 VICTORIA CHASE DRIVE DRIVE         1550 OLD HENDERSON ROAD                 CO MILENE LAW GROUP
JACKSONVILLE FL 32257-5206              STE 100                                 545 DELANEY AVE BUILDING 9
                                        COLUMBUS OH 43220-3662                  ORLANDO FL 32801-3866




CITY ELECTRIC SUPPLY COMPANY            CLAY ELECTRIC                           CONSOLIDATED ELECTRICAL DISTRIBUTORS
545 DELANEY AVENUE BLD 7                PO BOX 308                              IN
ORLANDO FL 32801-3866                   KEYSTONE HEIGHTS FL 32656-0308          CO JEFFREY STULL ESQ
                                                                                602 SOUTH BLVD
                                                                                TAMPA FL 33606-2630




CREDIT COLLECTIONS USA LLC              CRYSTAL SPRINGS                         DATA PUBLISHING
16 DISTRIBUTOR DRIVE                    6720 DISCOVERY BLVD                     PO BOX 3770
SUITE 1                                 MABLETON GA 30126                       BLUFFTON SC 29910-3770
MORGANTOWN WV 26501-7209




DAVID SMITH                             DIRECTV LLC                             DISCOVER BANK
11332 SW 139TH PLACE                    BY AMERICAN INFOSOURCE AS AGENT         DISCOVER PRODUCTS INC
DUNNELLON FL 34432-5626                 PO BOX 5008                             PO BOX 3025
                                        CAROL STREAM IL 60197-5008              NEW ALBANY OH 43054-3025




DISCOVER FINANCIAL                      DOCUMENT TECH OF NCF                    EDWIN ROXAS
PO BOX 3025                             124 MAGNOLIA AVENUE                     11655 ABIGAIL DRIVE
NEW ALBANY OH 43054-3025                OCALA FL 34471-1154                     JACKSONVILLE FL 32258-1565




ELSIA KENNEDY                           ESTATE OF DARREN ROWLEY                 FCO FAIR COLLECTIONS
9555 SW 70TH LOOP                       240 SW 131TH STREET                     12304 BALTIMORE AVE
OCALA FL 34481-2562                     NEWBERRY FL 32669-3074                  BELTSVILLE MD 20705-1314




FEDERAL NATIONAL MORTGAGEA ASSOC        FERGUSON                                FIRST PREMIER BANK
SHD LEGAL GROUP                         10355 SOUTH ORANGE AVENUE               ATTN BANKRUPTCY
PO BOX 19519                            ORLANDO FL 32824-7712                   PO BOX 5524
FORT LAUDERDALE FL 33318-0519                                                   SIOUX FALLS SD 57117-5524




FLORIDA CREDIT UNION                    FRANCISCO MARTINEZ WITTINHAN            GRU
PO BOX 5158                             1753 N CAPPERO DRIVE                    301 SE 4TH AVENUE
GAINESVILLE FL 32627-5158               SAINT AUGUSTINE FL 32092-4767           GAINESVILLE FL 32601-6857




GEXPRO                                  GORMAN                                  GREGORY HALE ESQ
400 TECHNOLOGY CT E                     213 GORMAN DRIVE                        3426 NW 43RD STREET SUITE A
SMYRNA GA 30082-5237                    GAINESVILLE FL 32609                    GAINESVILLE FL 32606-8156
```

```
GREYBAR                                   HIBU                                      HOMEADVISOR
1015 SOUTH MAIN STREET                    PO BOX CEDAR RAPIDS                       14023 DENVER WEST PARKWAY
GAINESVILLE FL 32601-7926                 CEDAR RAPIDS IA 52406                     BL SUITE 200
                                                                                    GOLDEN CO 80401-3253


INTERNAL REVENUE SERVICE                  INVITATION HOMES                          J ERIC JONES ESQ
CENTRALIZED INSOLVENCY OPERATIONS         8665 EAST HARTFORD AVE SUITE 200          10752 DEERWOOD PARK BLVD
PO BOX 7346                               SCOTTSDALE AZ 85255-7807                  SUITE 100
PHILADELPHIA PA 19101-7346                                                          JACKSONVILLE FL 32256-4846


JOHN VOGEL                                JOSEPH TIERNEY                            KAD HOLDING LLC
8973 SW 86TH LOOP                         12395 ACOSTA OAKE DRIVE                   1325 NW 53RD AVE STE E
OCALA FL 34481-9804                       JACKSONVILLE FL 32258-4224                GAINESVILLE FL 32609-6139


LSOP 3 FL 3 LLC                           LTD FINANCIAL                             LVNV FUNDING LLC
CO COMMNWEALTH COMMERICAL PARTNERSHIP     7322 SOUTHWEST FREEWAY                    PO BOX 740281
PO BOX 856605                             SUITE 1600                                HOUSTON TX 77274-0281
GREENVILLE SC 29615                       HOUSTON TX 77074-2134


LVNV FUNDING LLC                          LIFE ON 24TH                              LOUIS SCHNECK
RESURGENT CAPITAL SERVICES                CO TREY FORD                              25 CORAL REEF CT S
PO BOX 10587                              5051 NW 13TH STREET                       PALM COAST FL 32137-8327
GREENVILLE SC 29603-0587                  GAINESVILLE FL 32609


LOWES BUSINESS CREDIT CARD                MERCEDES BENZ FINANCIAL SERVICES          MICHAEL E MILNE
PO BOX 965060                             PO BOX 685                                545 DELANEY AVENUE BLD 7
ORLANDO FL 32896-5060                     ROANOKE TX 76262-0685                     ORLANDO FL 32801-3866


MOHELA DEPT ED                            MR COOPERUS BANK NATL ASSOCIATE           NINE FASTENERS
633 SPIRIT DRIVE                          ATTN BANKRUPTCY                           233A SOUTH STREET
LINN MO 65051                             8950 CYPRESS WATERS BLVD                  HOPKINTON MA 01748-2208
                                          COPPELL TX 75019-4620


ONEMAIN                                   ONEMAIN FINANCIAL                         PYOD LLC
PO BOX 3251                               ATTN BANKRUPTCY                           RESURGENT CAPITAL SERVICES
EVANSVILLE IN 47731-3251                  601 NW 2ND STREET                         PO BOX 19008
                                          EVANSVILLE IN 47708-1013                  GREENVILLE SC 29602-9008


PAUL WEST USED CARSUS CREDIT INC          PITNEY BOWES                              PLATINUM RAPID FUNDING
3320 N MAIN ST                            PO BOX 5010                               348 RXR PLAZA UNION PLAZA
GAINSVILLE FL 32609-2306                  WOODLAND HILLS CA 91365-5010              UNIONDALE NY 11556
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 18-10341-KKS    Doc 54    Filed 10/18/19    Page 6 of 7

| | | |
|---|---|---|
| PLATINUM RAPID FUNDING<br>CO LINDSEY ROHAN ESQ<br>69 N MORRIS AVENUE<br>FARMINGVILLE NY 11738-1152 | PLATINUM RAPID FUNDING GROUP INC<br>PRYOR  MANDELUP LLP CO ANTHONY G<br>675 OLD COUNTRY ROAD<br>WESTBURY NY 11590-4503 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>4851 COX ROAD<br>GLEN ALLEN VA 23060-6293 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | REPUBLIC SERVICES<br>8619 WESTERN WAY<br>JACKSONVILLE FL 32256-0360 | REVENUE RECOVERY SOLUTIONS INC<br>323 10TH AVENUE WEST<br>SUITE 300<br>PALMETTO FL 34221-5042 |
| ROBERT OLSEN<br>5300 N HIGHWAY 314A<br>SILVER SPRINGS FL 34488-4460 | ROGER AGRAVANTE<br>11494 GLEN LAUREL OAKS CIRCLE<br>JACKSONVILLE FL 32257-4533 | RONALD ADVEY<br>41 NATURE BOUNTY CT<br>SAINT MARYS GA 31558-3994 |
| SCP<br>PO BOX 85001<br>ORLANDO FL 32885-0001 | SABLE CHASE CLUSTER SUBDIVISION<br>CO ACTION REALTY ASSOCIATES<br>6110-B NW 1ST<br>GAINESVILLE FL 32607-6019 | SATURN FUNDING<br>CO ARIEL BOUSKILA ESQ<br>40 EXCHANGE PLACE SUITE 1306<br>NEW YORK NY 10005-2743 |
| SATURN FUNDING LLC<br>333 7TH AVENUE<br>NEW YORK NY 10001-5125 | SETERUS INC<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>ATTN- BANKRUPTCY<br>PO BOX 1077<br>HARTFORD CT 06143-1077 | SHAPIRO FISHMAN  GACHE LLP<br>4630 WOODLAND CORPORATE BLVD<br>SUITE 100<br>TAMPA FL 33614-2429 |
| SHELL SMALL BUSINESS CARD<br>PO BOX 6406<br>SIOUX FALLS SD 57117-6406 | SHIRLEY LANE<br>3972 NW 23RD CIRCLE<br>GAINESVILLE FL 32605-2668 | SOLIGENT<br>1500 VALLEY HOUSE DRIVE<br>SUITE 210<br>ROHNERT PARK CA 94928-4938 |
| SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965061<br>ORLANDO FL 32896-5061 | TD BANKRADIUS GLOBAL SOLUTIONS<br>PO BOX 390846<br>HOWARD LAKE MN 55349 | TJMAXX CREDIT<br>PO BOX 103104<br>ROSWELL GA 30076-9104 |
| TEX TRACY<br>8307 SW 152ND AVENUE<br>ARCHER FL 32618-4462 | THE HOME DEPOT CREDIT SERVICES<br>PO BOX 790345<br>SAINT LOUIS MO 63179-0345 | THE TROPHY SHOP<br>707 NW 13TH STREET<br>GAINESVILLE FL 32601-2920 |
| TOM CHARLIER<br>210 CRYSTAL COURT<br>WINTER HAVEN FL 33880-4910 | TOM AND SHIRLEY LANE<br>3792 NW 23RD CIRCLE<br>GAINESVILLE FL 32605 | TOMMY MILLER<br>5513 NW CR 229<br>STARKE FL 32091-8112 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TOMMY MILLER<br>5513 NW COUNTY ROAD<br>STARKE FL 32091 | USA INSULATION<br>5771 MINING TERRACE 103<br>JACKSONVILLE FL 32257-3230 | UNITED STATES TRUSTEE<br>110 E PARK AVENUE<br>SUITE 128<br>TALLAHASSEE FL 32301-7728 |
| VERIZON<br>455 DUKE DRIVE<br>FRANKLIN TN 37067-2701 | WELLS FARGO EQUIPMENT<br>1010 THOMAS EDISON BL<br>CEDAR RAPIDS IA 52404-8247 | WHATS HAPPENING PROMOTION<br>7020 NW 11TH PLACE<br>GAINESVILLE FL 32605-3144 |
| WHOLESALE SOLAR SUPPLY INC<br>ATTN AQUATHERM POOL HEATING SUPPLY<br>EDWARD HALL<br>2213 ANDREA LANE 108<br>FORT MYERS FL 33912-1934 | WILLIAM A FRIEDMAN<br>314 SW 93RD STREET<br>GAINESVILLE FL 32607-6311 | WILLIAM FRIEDMAN<br>314 SW 93RD STREET<br>GAINESVILLE FL 32607-6311 |
| WILLIAMS NORIEGA ESQ<br>2424 N FEDERAL HIGHWAY SUITE 360<br>BOCA RATON FL 33431-7780 | YELLOWSTONE CAPITAL<br>1 EVERTRUST PLAZA 14TH FLOOR<br>JERSEY CITY NJ 07302-3088 | BARBARA A CUSUMANO<br>BARBARA A CUSUMANO ATTORNEY AT LAW<br>2727 NW 43RD STREET SUITE 2A<br>GAINESVILLE FL 32606-6632 |
| DEBTOR<br>BRIAN MALCOLM ELSMORE<br>3710 COTTAGE DRIVE<br>COLORADO SPRINGS CO 80920-7801 | MCCOY ANDERSON<br>GATOR HOMES REALTY<br>21727 SE 69TH AVE<br>HAWTHORNE FL 32640-3954 | MERCEDES ELSMORE<br>4306 SW 69TH TERRACE<br>GAINESVILLE FL 32608-6431 |

~~EXCLUDE~~

~~THERESA M BENDER~~
~~PO BOX 14557~~
~~TALLAHASSEE FL 32317-4557~~